UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:23-cr-30

v.                                           HONORABLE PAUL L. MALONEY

LAMONT JEVON DAVIS, JR.,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Sally J. Berens in this action (ECF No. 25).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One and Two of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  August 16, 2023                                       /s/ Paul L. Maloney_____
                                                                     Paul L. Maloney
                                                                     United States District Judge